IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KRYSTEN AMBER WEBBER,**<br><br>Petitioner,<br><br>v.<br><br>**MARY LATTIMORE, Warden,**<br><br>Respondent. | Case No. SACV 09-35 VBF (PJW)<br><br>**ORDER GRANTING APPLICATION FOR LEAVE TO FILE MEMORANDUM OF POINTS AND AUTHORITIES IN EXCESS OF 25 PAGES** |

IT IS HEREBY ORDERED that, good cause having been show, Respondent is granted leave to file a Memorandum of Points and Authorities in excess of 25 pages in support of Respondent's Answer in the above entitled matter.

Dated:  3/24/09

_____
The Honorable Patrick J. Walsh